**J. B. SPEED ART MUSEUM, Appellant,**

v.

**CITIZENS FIDELITY BANK & TRUST COMPANY, Executor of the Will of John Barrett Hundley, Jr., Deceased, and Kentucky Railway Museum, Incorporated, Appellees.**

Court of Appeals of Kentucky.

March 1, 1974.

Squire R. Ogden, Ogden, Robertson & Marshall, Louisville, for appellant.

James M. Clements, C. Alex Rose, Curtis & Rose, Louisville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**James E. COMBS, Appellant,**

v.

**WEAVER TRUCK AND EQUIPMENT COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

March 1, 1974.

D. G. Boleyn, Hazard, for appellant.

Hoover Haynes, Craft & Haynes, Hazard, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.